**FILED**
NOV 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3195-LAB |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| RAFAEL PLASCENCIA SOLIS III (1), HUMBERTO LUGO-MARTINEZ (2), | ) ) ) | |
| Defendants. | ) | |

The United States Attorney charges:

On or about October 26, 2007, within the Southern District of California, defendants RAFAEL PLASCENCIA SOLIS III and HUMBERTO LUGO-MARTINEZ, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 275.47 kilograms (approximately 607.3 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: November 27, 2007.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/27/07